October 29, 2015



# JUDGMENT
## The Fourteenth Court of Appeals

TAMIMI GLOBAL COMPANY, LTD, Appellant/Cross-Appellee

NO. 14-13-00824-CV                                    V.

KELLOGG BROWN & ROOT, L.L.C., KELLOGG BROWN & ROOT
INTERNATIONAL, INC., AND KELLOGG BROWN & ROOT SERVICES, INC.,
Appellees/Cross-Appellants

_____

This cause, an appeal from the final judgment signed September 11, 2013, was heard on the transcript of the record.

We have inspected the record and find error in the judgment. We order the summary judgment on appellant/cross-appellee, Tamimi Global Company, LTD's, termination-for-convenience actions related to Subcontracts SK00413, SK00415, SB0006, and SH00175, and the portion of the final judgment ordering that it take nothing on those actions, **REVERSED** and **REMAND** the cause for proceedings in accordance with the court's opinion.

We further order the summary judgment on appellees/cross-appellants, Kellogg Brown & Root, L.L.C., Kellogg Brown & Root International, Inc., and Kellogg Brown & Root Services, Inc.'s, affirmative defense of offset to appellant/cross-appellee, Tamimi Global Company, LTD's, breach-of-contract claim under Subcontract S0017, and the portion of the judgment awarding it $790,529.09, pre- and post-judgment interest, attorney's fees, and costs on that claim, **REVERSED** and **REMAND** the cause for proceedings in accordance with the court's opinion.

We order the remainder of the judgment **AFFIRMED**.

We further order that appellant/cross-appellee, Tamimi Global Company, LTD, shall pay one half of the total costs incurred by all parties by reason of this appeal and appellees/cross-appellants, Kellogg Brown & Root, L.L.C., Kellogg Brown & Root International, Inc., and Kellogg Brown & Root Services, Inc., jointly and severally, shall pay one half of the total costs incurred by all parties by reason of this appeal.

We further order this decision certified below for observance.